1042

No. 783. BUTLER *v.* CITY OF WINTER GARDEN. Sup. Ct. Fla. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Robert G. Murrell* for petitioner.

No. 787. VELVEL *v.* NIXON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 10th Cir. Motion to dispense with printing petition granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Lawrence R. Velvel,* petitioner, *pro se.*

No. 789. WALKER OIL CO., INC., ET AL. *v.* HUDSON OIL CO. OF MISSOURI, INC. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Joe J. Harrell* for petitioners. *Harry Kemker* for respondent.

No. 203, Misc. BEASLEY *v.* COUNTY COURT, KENOSHA COUNTY. Sup. Ct. Wis. Certiorari denied. *Robert W. Warren,* Attorney General of Wisconsin, and *William A. Platz* and *William F. Eich,* Assistant Attorneys General, for respondent.

No. 235, Misc. PORTER *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Elizabeth Miller* and *John C. Hamilton,* Deputy Attorneys General, for respondent.

No. 278, Misc. PENNINGTON *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied. *William J. Scott,* Attorney General of Illinois, and *Joel M. Flaum* and *Thomas J. Immel,* Assistant Attorneys General, for respondent.